IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELSIE MARSHALL AND
JERRY N. MARSHALL                                                                           PLAINTIFFS

VS.                                                                  CIVIL ACTION NO. 5:05cv-48-DCB-JCS

ALLSTATE INSURANCE COMPANY                                                        DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiffs, Elsie Marshall and Jerry Marshall, and the Defendant, Allstate Insurance Company, for a judgment dismissing with prejudice any and all of the Plaintiffs' claims whatsoever against the Defendant, Allstate Insurance Company. The Court has been informed that any and all of the claims of Elsie Marshall and Jerry Marshall against the Defendant, Allstate Insurance Company, have been fully compromised and settled by the payment to the Plaintiffs, Elsie Marshall and Jerry Marshall, of a sum of money satisfactory to them, and that there remain no issues whatsoever to be litigated as to the claims of Elsie Marshall and Jerry Marshall against the Defendant, Allstate Insurance Company.

All parties have consented to the entry of this Agreed Final Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiffs, Elsie Marshall and Jerry Marshall, against the Defendant, Allstate Insurance Company, should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiffs, Elsie Marshall and Jerry Marshall, against the Defendant, Allstate Insurance Company, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, Elsie Marshall and Jerry Marshall, against the Defendant, Allstate Insurance Company, are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 10th day of March 2006.

S/DAVID BRAMLETTE<br>
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:


s/William Pyle
WILLIAM PYLE, ESQ. (MSB #4540)
ATTORNEY FOR PLAINTIFFS


s/Eric J. Dillon
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
ERIC J. DILLON, ESQ. (MSB#100958)
ATTORNEY FOR DEFENDANT